

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Paul Antwann Harlan, Appellant

No. 06-14-00236-CR        v.

The State of Texas, Appellee

Appeal from the Criminal District Court No. 4 of Dallas County, Texas (Tr. Ct. No. F13-56882-K).  Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment by deleting the reference that this conviction was Harlan's second of its type.  The modified judgment shall reflect aggravated robbery with a deadly weapon as the offense of conviction.  As modified, the judgment of the trial court is affirmed.

We note that the appellant, Paul Antwann Harlan, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED SEPTEMBER 3, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk